■ JEFF HUNT PROPERTIES, INC., Appellant, v STATE OF NEW YORK, Defendant, and POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent. [604 NYS2d 743] —Appeal by the claimant from a judgment of the Court of Claims (McCabe, J.), dated December 21, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judge McCabe at the Court of Claims. Balletta, J. P., Lawrence, O'Brien and Ritter, JJ., concur.